O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LUND, an individual; VICTORIA LUND, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> 3M COMPANY a/k/a MINNESOTA MINING & MANUFACTURING COMPANY, et al., <br><br> Defendants. | Case No. CV 13-02776 DDP (VBKx) <br><br> **ORDER GRANTING MOTION TO DISMISS** <br><br> [DKT No. 385] |

   Presently before the court is Defendant Niantic Seal, Inc.'s Motion to Dismiss. Because Plaintiff has not filed an opposition to the motion, the court GRANTS the motion.

   Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. C.D. Cal. L.R. 7-9. Additionally, Local Rule 7-12 provides that "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." C.D. Cal. L.R. 7-12.

1  The hearing on Defendant's motion was set for November 18, 2013. Plaintiff's opposition was therefore due by October 28, 2013. As of the date of this Order, Plaintiff has not filed an opposition to the motion or any other filing that could be construed as a request for a continuance. Accordingly, the court deems Plaintiff's failure to oppose as consent to granting the motion to dismiss, and GRANTS the motion. All claims against <u>Niantic Seal, Inc.</u> are DISMISSED.

IT IS SO ORDERED.

Dated: November 6, 2013

              DEAN D. PREGERSON
              United States District Judge