O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| William Lund et al. | ) | Case No. CV 13-02776 DDP (VBKx) |
| | ) | |
| Plaintiffs, | ) | **ORDER GRANTING PLAINTIFFS'** |
| | ) | **UNOPPOSED MOTION TO FILE A THIRD** |
| v. | ) | **AMENDED COMPLAINT** |
| | ) | |
| 3M Company et al. | ) | [Dkt. No. 419] |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Presently before the court is Plaintiffs' Motion to File a Third Amended Complaint. (Dkt No. 419.) None of the various Defendants named in the suit have opposed the motion. Accordingly, the court GRANTS Plaintiffs' Motion to File a Third Amended Complaint.

Federal Rule of Civil procedure 15(a) provides in relevant part that a party may amend its pleading after obtaining leave of the court or the consent of the adverse party. Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. C.D. Cal. L.R. 7-9. Additionally, Local Rule 7-12 provides that "[t]he failure to file

any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." C.D. Cal. L.R. 7-12.

The hearing on Defendants' motion was noticed for April 28, 2014. Defendants' opposition was therefore due by April 7, 2014. As of the date of this Order, Defendants have not filed an opposition or any other filing that could be construed as a request for a continuance. Accordingly, the court deems Defendants' failure to oppose as consent to the filing of the Third Amended Complaint, and GRANTS the motion. Further the Court orders that any prior answers filed by defendants shall be deemed filed as to the third amended complaint.

IT IS SO ORDERED.

Dated: April 15, 2014

DEAN D. PREGERSON
United States District Judge