1  **K&L GATES** LLP
   10100 Santa Monica Boulevard
2  Seventh Floor
   Los Angeles, California 90067
3  Telephone: 310.552.5000
   Facsimile: 310.552.5001
4
   Geoffrey M. Davis (SBN 214692)
5  Geoffrey.Davis@klgates.com
   Daniel S. Hurwitz (SBN 235260)
6  Daniel.Hurwitz@klgates.com
7
   Attorneys for Defendant **CRANE CO.**
8

9                    UNITED STATES DISTRICT COURT

10                   CENTRAL DISTRICT OF CALIFORNIA

11 | VICTORIA LUND, individually and as | Case No. 2:13-cv-02776-WGY-(VBK)
   | successor-in-interest to WILLIAM LUND,
12 | deceased; DAVID LUND, an individual; and | *Assigned to the Hon. William G. Young*
   | SHEILA LUND, an individual, as legal heir
13 | of WILLIAM LUND, Deceased, | DEFENDANT CRANE CO.'S NOTICE
                                           OF MOTION AND *DAUBERT*
14              Plaintiffs,                MOTION TO EXCLUDE "EVERY
                                           EXPOSURE" CAUSATION OPINIONS
15      v.                                 OF PLAINTIFFS' EXPERTS ARNOLD
                                           BRODY, Ph. D. AND JAMES
16 | AIR & LIQUID SYSTEMS                  DAHLGREN, M.D.
   | CORPORATION, et al.,
17                                         Hearing Date:  February 9, 2015
                Defendants.                Hearing Time:  2:00 pm EDT
18                                         Courtroom:     TBD

19                                         Final Pretrial
                                           Conference:    March, 2015
20                                         Trial Date:    TBD

21  April 7, 2015 - Having conducted a careful review of the entire record
22  pertaining to this issue and applying the principles of Fed. R. Evid. 702
    and *Daubert v. Merrill Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), this
23  Court finds that the "each and every exposure" theory is insufficient,
24  pursuant to *Rutherford v. Owens Illinois, Inc.*, 16 Cal.4th 953, 975 (1997), to
    establish legally sufficient exposure. Accordingly, neither Brody nor
25  Dahlgren may testify to such a theory.
26      SO ORDERED.
                                           William G. Young
27                                         District Judge
28